[No. 9236-4-III. Division Three. December 21, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. THOMAS R. COLLINS, *Appellant.*

Appeal from a judgment of the Superior Court for Franklin County, No. 88-1-50013-3, Duane E. Taber, J., entered April 5, 1988. *Affirmed* by unpublished opinion per Shields, J., concurred in by Thompson, C.J., and Munson, J.

[Nos. 7979-1-III; 9424-3-III. Division Three. December 21, 1989.]

CLIFTON E. LAHUE, ET AL, *Respondents,* v. GERALD J. MCMILLIN, ET AL, *Appellants.*

Appeals from judgments of the Superior Court for Benton County, No. 84-2-00500-6, Jo Anne Alumbaugh, J., entered June 23, 1986, and June 24, 1988. *Affirmed* by unpublished opinion per Shields, J., concurred in by Thompson, C.J., and Green, J.

[No. 9411-1-III. Division Three. December 21, 1989.]

DANIEL J. BRUSH, *Appellant,* v. ALLSTATE INSURANCE COMPANY, *Respondent.*

Appeal from a judgment of the Superior Court for Benton County, No. 88-2-00248-4, Dennis D. Yule, J., entered June 23, 1988. *Reversed* by unpublished opinion per Thompson, C.J., concurred in by Green and Shields, JJ.

[No. 23345-9-I. Division One. December 27, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. CHAVEZ ALFRED MANSON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 88-8-03849-1, Stephen M. Gaddis, J. Pro Tem., entered November 2, 1988. *Dismissed* by unpublished per curiam opinion.